as Executor, etc., of EVELYN BOSTWICK VORONOFF, Deceased, and Others, Defendants, Impleaded with EVELYN FRANCIS and Another, Appellants, and the TRUSTEES OF WAKE FOREST COLLEGE, OF WAKE FOREST, NORTH CAROLINA, Respondent. — Judgment affirmed, with costs to respondents, and allowance to the guardian *ad litem*, payable out of the 'fund. No opinion. Present — Dowling, Smith, Merrell and Finch, JJ.

THOMAS F. DWYER v. CHARLES V. BOB.— Motion granted on condition that the appeal be brought on for argument on April 20, 1923. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HARRY FISHMAN.— Motion denied and stay vacated. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

DUILIO SHERBO v. CLOVER GARDENS, INC., and Another.— Motion for preference denied. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

In the Matter of JACOB G. SCHMIDLAPP, Deceased.— Motion for preference granted for April 18, 1923. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

LAZARUS FRIED & SONS, INC., v. EMERY & MARSHALL COMPANY.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

WARD BAKING COMPANY, INC., and Others v. WESTERN UNION TELEGRAPH COMPANY and Others.— Motion granted. Present — Clarke, P. J., Smith, Page, Merrell and Finch, JJ.

ALBERT VEITH and Others, as Copartners, etc., Respondents, v. GUARANTY TRUST COMPANY OF NEW YORK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.; Smith, J., dissenting.

In the Matter of the Application of NATHAN SIMPSON, Respondent, for an Order Directing WILLIAM LIPSHUTZ and Another, Appellants, to Proceed to Arbitration.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

LOUIS JACOBSON and Others, as Copartners, etc., Respondents, v. ATLAS ASSURANCE CO., LIMITED, OF LONDON, ENGLAND, Appellant, Impleaded with HERMAN MORGENSTERN and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

In the Matter of the Application of EMANUEL I. SILBERSTEIN, an Attorney, to Adjudge and Enforce His Lien as Attorney, in Pursuance with Section 475 of the Judiciary Law.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

In the Matter of Proving the Will of MARSHALL P. LEVY, Deceased, as a Will of Real and Personal Property.— Decree affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell and McAvoy, JJ.

In the Matter of the Application of the INTEROCEAN MERCANTILE CORPORATION and Another, Respondents, Appellants, for the Appointment of an Arbitrator Pursuant to Contract Dated May 21, 1920, between INTEROCEAN MERCANTILE CORPORATION and GERTRUDE A. BUELL, as Executrix, etc., of GEORGE C. BUELL,